UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Minstar, L.L.C.,                    Case No. BKY 09-43548

        Debtor.                Chapter 11 Case, now Chapter 7 Case

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION
UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE
PURSUANT TO BANKRUPTCY RULE 1019(5) AND LOCAL RULE 1019-1(a)(2)**

**NOTE:** An original and three conformed copies of this final report, and one unpaid entities matrix, must be filed with the Clerk's office <u>within 14 days</u> of receipt of this form. Prepare and attach separate exhibits where necessary.

**I.**     **Cash**

(a)    Total case receipts received during chapter 11 case (include cash on hand when the petition was filed).     $ _____308.00

(b)    Total cash disbursements during chapter 11 case.     $ _____308.00

(c)    Cash balance on hand at date of conversion.     $ _____0.00

(d)    Is the cash balance on hand stated above subject to a security interest?     $ _____

(e)    If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement:

       <u>Name and Address of Secured Creditor</u>           <u>Amount Unpaid</u>

                                                                          $ _____

## II. Accounts Receivable

(a) Total amount due the debtor from other entities on date the case $ _____ NONE
 was converted to a chapter 7 case.

(b) Is the account receivable balance stated above subject to a
 security interest?

(c) If so, state the name and address of the secured creditor and the amount unpaid on the
 date of conversion on the security agreement:

| Name and address of secured creditor | Amount unpaid |
|---|---|
|  | $ _____ |

(d) Itemize below all accounts receivable due the debtor from other entities on the date the
 case was converted to a chapter 7 case:

| Name and address of account obligor | Kind of obligation | Date of obligation | Amount due debtor |
|---|---|---|---|

**III. Accounts Payable**

(a)   Total unpaid debts incurred during chapter 11 case.          $ ___113,105.96

(b)   Itemize below all unpaid debts incurred during the chapter 11 case, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including any prepetition debts:

**NOTE: As the financial systems of Genmar Holdings Inc., which are supported by Jacobs Management Corporation, have been deactivated, the addresses of the below vendors are not available unless the systems are reactivated, which can be done by Jacobs Management upon request. Alternatively, the addresses of most of the below vendors is available on the Account Payable Schedules provided in previous filings in the case.**

| Name and Address of unpaid entities | Date Incurred | Kind of debt | Amount unpaid |
|---|---|---|---|
| ACE American Insurance Co. | 6/17/2009 | AMF Ins of Bermuda | $ 7,934.03 |
| ACE American Insurance Co. | 7/17/2009 | AMF Ins of Bermuda | $ 15,346.64 |
| ACE American Insurance Co. | 8/17/2009 | AMF Ins of Bermuda | $ 3,139.18 |
| ACE American Insurance Co. | 9/17/2009 | AMF Ins of Bermuda | $ 4,173.34 |
| AECOM, Inc | 7/8/2009 | APW Wyott v. Minstar/AMF (7.65 | $ 1,263.77 |
| Thomas W. Butler | 7/1/2009 | AMF Serp Pymt 7/09 | $ 1,834.83 |
| Thomas W. Butler | 8/1/2009 | AMF Serp Pymt 8/09 | $ 1,834.83 |
| Thomas W. Butler | 9/1/2009 | AMF Serp Payment 10/09 | $ 1,834.83 |
| Thomas W. Butler | 10/1/2009 | AMF Serp Payment 10/09 | $ 1,834.83 |
| Thomas W. Butler | 11/1/2009 | AMF Serp Payment 11/09 | $ 1,834.83 |
| Thomas W. Butler | 12/2/2009 | AMF Serp Payment 12/09 | $ 1,834.83 |
| Thomas W. Butler | 1/1/2010 | AMF Serp Payment | $ 1,834.83 |
| Ned B. Earley | 7/1/2009 | AMF Serp Pymt 7/09 | $ 603.71 |
| Ned B. Earley | 8/1/2009 | AMF Serp pymt 8/09 | $ 603.71 |
| Ned B. Earley | 9/1/2009 | AMF Serp Payment 9/09 | $ 603.71 |
| Ned B. Earley | 10/1/2009 | AMF Serp Payment 10/09 | $ 603.71 |
| Ned B. Earley | 11/1/2009 | AMF Serp Payment 11/09 | $ 603.71 |
| Ned B. Earley | 12/2/2009 | AMF Serp Payment 12/09 | $ 603.71 |
| Ned B. Earley | 1/1/2010 | AMF Serp Payment | $ 603.71 |
| Eldon E. Fox | 7/1/2009 | AMF Serp Pymt 7/09 | $ 2,547.67 |
| Eldon E. Fox | 8/1/2009 | AMF Serp pymt 8/09 | $ 2,547.67 |
| Eldon E. Fox | 9/1/2009 | AMF Serp Payment 9/09 | $ 2,547.67 |
| Eldon E. Fox | 10/1/2009 | AMF Serp Payment 10/09 | $ 2,547.67 |
| Eldon E. Fox | 11/1/2009 | AMF Serp Payment 11/09 | $ 2,547.67 |
| Eldon E. Fox | 12/2/2009 | AMF Serp Payment 12/09 | $ 2,547.67 |
| Eldon E. Fox | 1/1/2010 | AMF Serp Payment | $ 2,547.67 |
| Irene Loescher | 7/1/2009 | AMF Serp Pymt 7/09 | $ 50.24 |

| Irene Loescher | 8/1/2009 | AMF Serp pymt 8/09 | $ 50.24 |
| Irene Loescher | 9/1/2009 | AMF Serp Payment 9/09 | $ 50.24 |
| Irene Loescher | 10/1/2009 | AMF Serp Payment 10/09 | $ 50.24 |
| Irene Loescher | 11/1/2009 | AMF Serp Payment 11/09 | $ 50.24 |
| Irene Loescher | 12/2/2009 | AMF Serp Payment 12/09 | $ 50.24 |
| Irene Loescher | 1/1/2010 | AMF Serp Payment | $ 50.24 |
| Paul G. Mosier | 7/1/2009 | AMF Serp Pymt 7/09 | $ 399.23 |
| Paul G. Mosier | 8/1/2009 | AMF Serp pymt 8/09 | $ 399.23 |
| Paul G. Mosier | 9/1/2009 | AMF Serp Pymt 9/09 | $ 399.23 |
| Paul G. Mosier | 10/1/2009 | AMF Serp Payment 10/09 | $ 399.23 |
| Paul G. Mosier | 11/1/2009 | AMF Serp Payment 11/09 | $ 399.23 |
| Paul G. Mosier | 12/2/2009 | AMF Serp Payment 12/09 | $ 399.23 |
| Paul G. Mosier | 1/1/2010 | AMF Serp Payment | $ 399.23 |
| Merlin Nelson | 7/1/2009 | AMF Serp Pymt 7/09 | $ 5,808.50 |
| Merlin Nelson | 8/1/2009 | AMF Serp pymt 8/09 | $ 5,808.50 |
| Merlin Nelson | 9/1/2009 | AMF Serp Pymt 9/09 | $ 5,808.50 |
| Merlin Nelson | 10/1/2009 | AMF Serp Payment 10/09 | $ 5,808.50 |
| Merlin Nelson | 11/1/2009 | AMF Serp Payment 11/09 | $ 5,808.50 |
| Merlin Nelson | 12/2/2009 | AMF Serp Payment | $ 5,808.50 |
| Merlin Nelson | 1/1/2010 | AMF Serp Payment | $ 5,808.50 |
| Zeke R. Smith | 7/1/2009 | AMF Serp Pymt 7/09 | $ 362.82 |
| Zeke R. Smith | 8/1/2009 | AMF Serp pymt 8/09 | $ 362.82 |
| Zeke R. Smith | 9/1/2009 | AMF Serp Pymt 9/09 | $ 362.82 |
| Zeke R. Smith | 10/1/2009 | AMF Serp Payment 10/09 | $ 362.82 |
| Zeke R. Smith | 11/1/2009 | AMF Serp Payment 11/09 | $ 362.82 |
| Zeke R. Smith | 12/2/2009 | AMF Serp Payment 12/09 | $ 362.82 |
| Zeke R. Smith | 1/1/2010 | AMF Serp Payment | $ 362.82 |

TOTAL $113,105.96

### IV. Matrix

Pursuant to Local Rule 311(a)(2) prepare and file with this report an appropriate matrix for mailing purposes containing the names and addresses of all unpaid entities listed above in Section III(b).

**NOTE: See note above in item III regarding the lack of available addresses for account payable vendors.**

### V. Original Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to a chapter 7 case:

| Description of property | Value Scheduled in Schedules B 1-2-3 or Schedules A-B-C | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| ASSETS WERE SOLD | | | |

## VI. New Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *that were acquired by the debtor during the chapter 11* case and that were disposed of during the chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case:

| Description of property | Price paid for property | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|

Any assets acquired were acquired in ordinary course of business and added to manufactured products and sold in the ordinary course during the bankruptcy, or were sold as part of the transactions to sell the business prior to conversion

## VII. Executory Contracts and Unexpired Leases

(a) <u>Rejected</u> List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

> Please refer to the following Dockets as to disposition of Executory Contracts and Unexpired leases: 62; 84; 299; 348; 457; 568; 633; 644; 649; 654; 687; 751; and 837.

(b) <u>New, assumed, or not rejected</u> List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executory contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

> Please refer to the following Dockets as to disposition of Executory Contracts and Unexpired leases: 62; 84; 299; 348; 457; 568; 633; 644; 649; 654; 687; 751; and 837.

The final report above, consisting of __4__ pages and __0__ exhibits, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: __Dec 6__, 2010

David J. Stephen
Vice President
Manchester Companies, Inc.

CHIEF RESTRUCTURING OFFICE FOR DEBTOR

10/21/92; Local Rule 311(a)(2)
4765265_1.DOC – Minstar, L.L.C.